# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID HEED,** derivatively and on behalf of UNIVERSAL HEALTH SERVICES, INC., Plaintiff | : : : : : : | CIVIL ACTION |
| vs. | : : | NO. 17-1476 |
| **ALAN B. MILLER, et al.,** Defendants | : : | |

## O R D E R

**AND NOW,** this 20th day of December, 2017, upon consideration of the plaintiff's motion to remand (Document #8), and the defendants' response in opposition thereto (Document #12), IT IS HEREBY ORDERED that the motion is DENIED.

BY THE COURT:

 /s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, C.J.