IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID HEED, Derivatively and on Behalf of UNIVERSAL HEALTH SERVICES, INC., | : | CIVIL ACTION |
| Plaintiff | : | |
| vs. | : | NO. 17-1476 |
| ALAN B. MILLER, et al. Defendants | : | |
| and | : | |
| UNIVERSAL HEALTH SVCS, INC., Nominal Defendant | : | |

## ORDER

AND NOW, this 14th day of June, 2018, in accordance with my Order dated March 29, 2018, consolidating this action into IN RE UNIVERSAL HEALTH SERVICES, INC., DERIVATIVE LITIGATION, Civ. Action No. 17-2187 (Document #21), IT IS HEREBY ORDERED that the Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

_____
LAWRENCE F. STENGEL, C. J.